IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BENJAMIN MCIVER,** : | |
| Plaintiff, : | NO. 5:12-CV-156 (MTT) |
| VS. : | |
| **CARL HUMPHREY,** : | Proceedings Under 42 U.S.C. §1983 |
| Defendant. : | Before the U.S. Magistrate Judge |

## ORDER

Before the Court is a Motion to Stay (Doc. 11) wherein Defendant Carl Humphrey requests that proceedings in this action be stayed pending resolution of his pending motion seeking dismissal (Doc. 9). Given the nature of the request for dismissal, it is in the interests of justice to stay discovery pending resolution of the motion, in order to avoid any potentially unnecessary costs and burdens associated with further litigation. Accordingly, said Motion is hereby **GRANTED** as follows: Discovery is stayed until the pending motion to dismiss has been resolved or until further order of the Court.

**SO ORDERED**, this 11th day of July, 2012.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge